No. 81–1335. DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. *v*. FELDMAN ET AL. C. A. D. C. Cir. [Cer-

tiorari granted, 458 U. S. 1105.] Motion of respondents for divided argument granted.